**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: wcamy@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
EMAIL: balpert@buttecounty.net
bstephens@buttecounty.net

Attorneys for Defendants,
COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, KORY L. HONEA (erroneously sued as KOREY L. HONEA), BUTTE COUNTY SHERIFF

*Exempt from filing fee pursuant to Government Code section 6103*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE BYERS, Individually and as Successor in Interest for SHERMAN HERBERT SILVIA, deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE, a municipal corporation; BUTTE COUNTY SHERIFF'S OFFICE; KOREY L. HONEA, BUTTE COUNTY SHERIFF, and DOES 1-20,<br><br>　　　　Defendant.<br>_____ / | Case No.: 2:21-cv-02119-JAM-DMC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT KORY HONEA WITHOUT PREJUDICE; EXTENSION OF TIME FOR RESPONSIVE PLEADING AND RELATED DEADLINES; AND [PROPOSED] ORDER**<br><br><br>Complaint Filed: 11/15/21 |

{02608542.DOCX}                                1

The parties, Plaintiff JOYCE BYERS and Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, KORY L. HONEA (erroneously sued as KOREY L. HONEA), BUTTE COUNTY SHERIFF, *through their respective counsel*, hereby stipulate as follows:

1. On January 20, 2022, counsel for Defendants sent counsel for Plaintiff a letter to meet and confer with respect to Plaintiff's Complaint. The letter stated that Defendants intended to file a Motion to Dismiss.

2. On January 28, 2022, the parties held a zoom conference to meet and confer regarding the Complaint.

3. Prior to and at the meet and confer conference referenced in paragraph two above, Plaintiff's counsel expressed a need to obtain documents from Defendants in order to further evaluate the case and the issues raised by Defendants' meet and confer. As a result, the parties agree to the following:

    a. Plaintiff agrees to dismiss DEFENDANT KORY HONEA, without prejudice;

    b. Defendants agree to produce documents to Plaintiff by February 4, 2022, including (1) All incident related reports; (2) All incident related video/audio recordings; (3) all cell check-logs related to the incident, if any; and (4) all Butte County Jail policies and procedures that were in effect at the time of the incident;

    c. Plaintiff agrees to extend the deadline for the Defendants COUNTY OF BUTTE and BUTTE COUNTY SHERIFF'S OFFICE to file a responsive pleading to the Complaint to March 14, 2022. The parties further agree that if Plaintiff files an amended Complaint, the deadline for Defendants to respond to the amended Complaint should be March 14, 2022, or whenever the normally scheduled deadline would be to respond to the amended Complaint, whichever is later.

4. The current deadline for the parties to both confer pursuant to FRCP Rule 26(f) and file a joint status report is February 13, 2022. Pursuant to FRCP Rule 26, the parties Initial Disclosures are due within 14 days of the FRCP Rule 26(f) conference. The parties stipulate there is good cause to continue the deadline to hold the FRCP Rule 26(f) conference and file a joint status report given that the issues to discuss at the conference and timing and scope of disclosures and discovery may

{02608542.DOCX}   2

STIPULATION FOR DISMISSAL OF DEFENDANT KORY HONEA WITHOUT PREJUDICE; EXTENSION OF TIME FOR RESPONSIVE PLEADING AND RELATED DEADLINES; AND ORDER

be impacted by the results of the parties ongoing efforts to meet and confer. The parties stipulate that the deadline to hold the FRCP Rule 26(f) conference and to file a joint status report should be continued to May 6, 2022.

**IT IS SO STIPULATED.**

Date: January 31, 2022          THE LAW OFFICES OF JOHN BURTON
                                HELM LAW OFFICE, PC


                                By____/s/ *T. Kennedy Helm, IV*
                                       T. Kennedy Helm, IV
                                       Attorney for Plaintiff


Date: January 31, 2022          PORTER | SCOTT
                                A PROFESSIONAL CORPORATION


                                By___/s/ *William E. Camy*_____
                                       William E. Camy
                                       Alison J. Southard
                                       Attorneys for Defendants

*{02608542.DOCX}*                          3

STIPULATION FOR DISMISSAL OF DEFENDANT KORY HONEA WITHOUT PREJUDICE; EXTENSION OF TIME FOR RESPONSIVE PLEADING AND RELATED DEADLINES; AND ORDER

**ORDER**

Having reviewed the parties' stipulation and good cause appearing, the Court ORDERS as follows:

1. DEFENDANT KORY HONEA is dismissed, without prejudice;
2. The deadline for DEFENDANTS COUNTY OF BUTTE and BUTTE COUNTY SHERIFF'S OFFICE to respond to the Complaint is continued to March 14, 2022;
3. If PLAINTIFF files an amended Complaint, the deadline for DEFENDANTS to file a responsive pleading shall be March 14, 2022, or whenever the normally scheduled deadline would be to respond to the amended Complaint, whichever is later.
4. The deadline for the parties to complete the FRCP Rule 26(f) conference and to file a joint status report is continued to May 6, 2022.

**IT IS SO ORDERED.**

Date: January 31, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

{02608542.DOCX}   4

STIPULATION FOR DISMISSAL OF DEFENDANT KORY HONEA WITHOUT PREJUDICE; EXTENSION OF TIME FOR RESPONSIVE PLEADING AND RELATED DEADLINES; AND ORDER