JOHN BURTON, State Bar No. 86029
jb@johnburtonlaw.com
**THE LAW OFFICES OF JOHN BURTON**
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300
Facsimile: (626) 449-8197

T. KENNEDY HELM, IV, State Bar No. 282319
kennedy@helmlawoffice.com
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, California 94609
Telephone: (510) 350-7517
Facsimile: (510) 350-7359

Attorneys for Plaintiff Joyce Byers, Individually and
As Successor-in-Interest and Personal Representative
For Sherman Herbert Silva, Deceased

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **JOYCE BYERS**, <br><br> Plaintiff, <br><br> vs. <br><br> **COUNTY OF BUTTE**, a municipal corporation; BUTTE COUNTY SHERIFF'S DEPARTMENT, SHERIFF **KOREY L. HONEA**, Butte County Sheriff's Deputies **DOES 1–30**, Jointly and Severally, <br><br> Defendants. | Case No. 2:21-cv-02219-JAM-DMC <br><br> **NOTICE OF SETTLEMENT PURSUANT TO L.R. 160(a)** |

TO THE HONORABLE COURT AND ALL PARTIES:

Pursuant to Eastern District Civil Local Rule 160(a), the parties hereby notify the Court that this matter has settled.

Respectfully Submitted,

Dated: March 8, 2022          **LAW OFFICES OF JOHN BURTON**
                              -and-
                              **HELM LAW OFFICE, PC**

                              *T. Kennedy Helm, IV*
                              By: T. KENNEDY HELM, IV
                              *Attorneys for Plaintiff*

Dated: March 8, 2022          **PORTER SCOTT**
                              **A PROFESSIONAL CORPORATION**

                              *William E. Camy**
                              By: WILLIAM E. CAMY
                              *Attorneys for Defendants*

*Mr. Camy gave his consent that this document be filed with his electronic signature.