JOHN BURTON, State Bar No. 86029
jb@johnburtonlaw.com
**THE LAW OFFICES OF JOHN BURTON**
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300
Facsimile: (626) 449-8197

T. KENNEDY HELM, IV, State Bar No. 282319
kennedy@helmlawoffice.com
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, California 94609
Telephone: (510) 350-7517
Facsimile: (510) 350-7359

Attorneys for Plaintiff Joyce Byers, Individually and
As Successor-in-Interest and Personal Representative
For Sherman Herbert Silva, Deceased

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **JOYCE BYERS**, <br><br> Plaintiff, <br><br> vs. <br><br> **COUNTY OF BUTTE**, a municipal corporation; BUTTE COUNTY SHERIFF'S DEPARTMENT, SHERIFF **KOREY L. HONEA**, Butte County Sheriff's Deputies **DOES 1–30**, Jointly and Severally, <br><br> Defendants. | Case No. 2:21-cv-02119-JAM-DMC <br><br> **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

{02644755.DOCX}STIP. & ORDER FOR VOL. DISMISSAL W/PREJUDICE
Case No. 2:21-cv-02119-JAM-DMC

1

Plaintiff, JOYCE BYERS, by and through her undersigned attorney of record, and defendant COUNTY OF BUTTE, through its undersigned attorneys of record, hereby stipulate as follows:

WHEREAS all Parties to this action (the "Settling Parties") have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Settlement Agreement and Release" ("the Settlement Agreement"), to fully and finally resolve all matters concerning the Settling Parties without trial;

WHEREAS the Settlement Agreement covers all the claims between the Settling Parties in this action; and

WHEREAS the Settling Parties agree to pay their own attorneys' fees and costs; and

WHEREAS there are no further issues for the Court to resolve as between the Settling Parties,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that defendants COUNTY OF BUTTE, BUTTE COUNTY SHEIRFF'S OFFICE, KORY HONEA, and DOES 1-30 be dismissed with prejudice from the above-captioned action, thereby resulting in dismissal of the entire action, with prejudice.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: March 23, 2022  **LAW OFFICES OF JOHN BURTON**
-and-
**HELM LAW OFFICE, PC**

*T. Kennedy Helm, IV*
By: T. KENNEDY HELM, IV
*Attorneys for Plaintiff*

Dated: March 23, 2022  **PORTER SCOTT**
**A PROFESSIONAL CORPORATION**

*William E. Camy**
By: WILLIAM E. CAMY
*Attorneys for Defendants*

*Mr. Camy gave his consent that this document be filed with his electronic signature.

{02644755.DOCX}STIP. & ORDER FOR VOL. DISMISSAL W/PREJUDICE
Case No. 2:21-cv-02119-JAM-DMC

2

## **ORDER**

Having reviewed the foregoing Stipulation, and good cause appearing, it is hereby ORDERED that defendants COUNTY OF BUTTE, BUTTE COUNTY SHEIRFF'S OFFICE, KORY HONEA, and DOES 1-30 is dismissed with prejudice from the above-captioned action, each party to bear its/her own attorneys' fees and costs. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated:  March 23, 2022          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE